UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PORTIA MCCOLLUM, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP INCORPORATED,<br><br>              Plaintiff,<br><br>    v.<br><br>ANDREW P. WITTY, STEPHEN HEMSLEY, CHARLIE BAKER, TIMOTHY P. FLYNN, PAUL R. GARCIA, KRISTEN L. GILL, MICHELE J. HOOPER, F. WILLIAM MCNABB, III, VALERIE MONTGOMERY RICE, JOHN H. NOSEWORTHY, and BRIAN THOMPSON,<br><br>              Defendants,<br><br>    and<br><br>UNITEDHEALTH GROUP INCORPORATED,<br><br>              Nominal Defendant. | Case No. 24-cv-2643-JMB-DTS<br><br>**NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that Peter C. Magnuson, on behalf of Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as counsel on behalf of Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson in the above-captioned case.

Dated: July 29, 2024

        **FAEGRE DRINKER BIDDLE & REATH LLP**

        <u>*s/ Peter C. Magnuson*</u>
        Peter C. Magnuson
        Matthew Kilby
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, Minnesota 55402
        Telephone: (612) 766-7000
        Facsimile: (612) 766-1600
        Email: peter.magnuson@faegredrinker.com
        Email: matthew.kilby@faegredrinker.com

        *Counsel for Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson*