UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PORTIA MCCOLLUM, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW P. WITTY, STEPHEN HEMSLEY, CHARLIE BAKER, TIMOTHY P. FLYNN, PAUL R. GARCIA, KRISTEN L. GILL, MICHELE J. HOOPER, F. WILLIAM MCNABB, III, VALERIE MONTGOMERY RICE, JOHN H. NOSEWORTHY, and BRIAN THOMPSON,<br><br>Defendants,<br><br>and<br><br>UNITEDHEALTH GROUP INCORPORATED,<br><br>Nominal Defendant. | Case No. 24-cv-2643-JMB-DTS<br><br>**AMENDED NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Peter C. Magnuson, on behalf of Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as counsel on behalf of Defendants UnitedHealth Group Inc., Andrew P. Witty, Stephen Hemsley, Brian Thompson, Charlie Baker, Timothy P. Flynn, Paul R. Garcia, Kristen L. Gill, Michele J. Hooper, F. William McNabb, III, Valerie Montgomery Rice, and John H. Noseworthy in the above-captioned case.

| | |
|---|---|
| Dated: August 5, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | |
| | <u>s/ Peter C. Magnuson</u> |
| | Peter C. Magnuson |
| | Matthew Kilby |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 766-7000 |
| | Facsimile: (612) 766-1600 |
| | Email: peter.magnuson@faegredrinker.com |
| | Email: matthew.kilby@faegredrinker.com |
| | |
| | *Counsel for Defendants UnitedHealth Group Inc., Andrew P. Witty, Stephen Hemsley, Brian Thompson, Charlie Baker, Timothy P. Flynn, Paul R. Garcia, Kristen L. Gill, Michele J. Hooper, F. William McNabb, III, Valerie Montgomery Rice, and John H. Noseworthy* |