# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** _____ 0:24-cv-02643 _____

**Case Title:** _____ McCollum v. Witty et al _____

### Affidavit of Movant

I, Peter C. Magnuson _____, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Timothy Perla, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify ***ONE*** specific district to which the attorney is admitted) Massachusetts, but not admitted to the bar of this court, who will be counsel for the defendants Andrew P. Witty, Stephen Hemsley, Charlie Baker, Timothy P. Flynn, Paul R. Garcia, Kristen L. Gill, Michele J. Hooper, F. William McNabb III, Valerie Montgomery Rice, John H. Noseworthy, Brian Thompson, and United Health Group, Inc. in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: _____  Date: August 5, 2024

MN Attorney License #: _____ 0392342 _____

## **Affidavit of Proposed Admittee**

I, __Timothy Perla__, am currently a member in good standing of the U.S. District Court  for  the (please identify **_ONE_** specific district to which you are admitted) __Massachusetts__, but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d).  I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules.  I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _____*Timothy Perla*_____    Date: __07/30/2024__

Typed Name: _____Timothy Perla___

Attorney License Number: ___660447___ issued by the State of ___Massachusetts___

Federal Bar Number (if you have one): _____

Law Firm Name: _____WilmerHale LLP_____

Law Firm Address: _____60 State St_____

_____Boston, MA  02109_____

_____

Main phone: (617)-526-6000          Direct line: (617)-526-6766_____

E-mail address: __timothy.perla@wilmerhale.com_____

2