# U.S. District Court

# U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 8/12/2024 at 5:13 PM CDT and filed on 8/12/2024

**Case Name:** Lovoi v. Witty et al
**Case Number:** [0:24-cv-03236-PJS-DLM](0:24-cv-03236-PJS-DLM)
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**(Text-Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Chief Judge Patrick J. Schiltz per Civil (3rd, 4th - Antitrust, Securities) list, referred to Magistrate Judge Douglas L. Micko. Please use case number 24-cv-3236 (PJS/DLM).**

---

**Notice: All Nongovernmental Corporate Parties must file a [Rule 7.1 Corporate Disclosure Statement](#).**

---

**(ABR)**