# U.S. District Court

# U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 8/12/2024 at 5:19 PM CDT and filed on 8/12/2024
**Case Name:** Lovoi v. Witty et al
**Case Number:** [0:24-cv-03236-PJS-DLM](#)
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**(Text-Only) Notice re: Non-Admitted Attorney**

**We have received documents listing Shane T. Rowley, Danielle Rowland Lindahl, Brian P. Murray as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with [Local Rule 83.5 (a), (b) and (c)](#) or temporarily admitted pro hac vice in accordance with [Local Rule 83.5 (d) or (e)](#).**

**For more admissions information and forms, please see the Attorney Forms Section of the courts website at [www.mnd.uscourts.gov/forms/all-forms](#). (ABR)**