# U.S. District Court

# U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 8/20/2024 at 9:25 AM CDT and filed on 8/20/2024
**Case Name:**          Lovoi v. Witty et al
**Case Number:**        [0:24-cv-03236-JMB-DTS](#)
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**(Text-Only) ORDER granting [6] Motion for Admission Pro Hac Vice of Attorney Brian P Murray for Gerald Joseph Lovoi. Approved by Magistrate Judge David T. Schultz on 8/20/2024. (jam)**