UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sean Collins,

                Plaintiff,

v.                                   24-cv-3484 (PJS/ECW)

Andrew Witty; Stephen Hemsley;
Brian Thompson; Charles Baker; Timothy
Flynn; Paul Garcia; Kristen Gil; Michele
Hooper; F. William McNabb, III;
Valerie Montgomery Rice; John Noseworthy;
Richard T. Burke, UnitedHealth Group, Inc.;

                Defendants.

_____

City of Hollywood Firefighters' Pension Fund,
California Public Employees' Retirement System,

                Plaintiffs,

v.                                   24-cv-1743 (JMB/DTS)

UnitedHealth Group, Inc.; Andrew Witty;
Stephen Hemsley; Brian Thompson;

                Defendants.

_____

Portia McCollum,

                  Plaintiff,

v.                                   24-cv-2643 (JMB/DTS)

Andrew P. Witty; Stephen Hemsley;
Charlie Baker; Timothy P. Flynn;
Paul R. Garcia; Kristen L. Gill;
Michele J. Hooper; F. William McNabb, III;
Valerie Montgomery Rice; John H. Noseworthy;

Brian Thompson; UnitedHealth Group Incorporated;

      Defendants.

_____

Gerald Joseph Lovoi,

      Plaintiff,

v.            24-cv-3236 (JMB/DTS)

Andrew Witty; Charles Baker; Timothy Flynn; Paul Garcia; Kristen Gil; Stephen Hemsley; Michele Hooper; F. William McNabb, III; Valerie Montgomery Rice; John Noseworthy; Brian Thompson; UnitedHealth Group, Inc.;

      Defendants.

_____

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 24-cv-3484 having been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Elizabeth Cowan Wright and Case Nos. 24-cv-1743, 24-cv-2643, and 24-cv-3236 all previously assigned to Judge Jeffrey M. Bryan and Magistrate Judge David T. Schultz, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 24-cv-3484 (JPS/ECW) be assigned to Judge Jeffrey M. Bryan and Magistrate David T. Schultz, *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated:  September 10, 2024          s/ *Jeffrey M. Bryan*
                                    Jeffrey M. Bryan
                                    United States District Judge

Dated:  September 11, 2024          s/Patrick J. Schiltz
                                    Patrick J. Schltz
                                    United States Chief District Judge