# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR DOCUMENTS PREVIOUSLY FILED IN CASE 24-cv-3484 JMB/DTS**

Portia McCollum, Gerald Joseph Lovoi, Sean Collins,

                Plaintiffs,

v.    Case Number: 24-cv-2643 JMB/DTS

Andrew P. Witty, Stephen Hemsley, Charlie Baker, Timothy P. Flynn, Paul R. Garcia, Kristen L. Gill, Michele J. Hooper, F. William McNabb, III, Valerie Montgomery Rice, John H. Noseworthy, Brian Thompson,

                Defendants,

UnitedHealth Group Incorporated,

                Nominal Defendant.

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT. FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:

☒ Other (description):  Documents previously filed in case 24-cv-3484 JMB/DTS

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 02/02/2017