# U.S. District Court

## U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 08/30/2024 at 09:25:00 AM CDT and filed on 08/30/2024

**Case Name:** Collins v. Witty et al
**Case Number:** [0:24-cv-03484-JWB-ECW](#)
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
**(Text-Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Jerry W. Blackwell per Civil (3rd, 4th - Antitrust, Securities) list, referred to Magistrate Judge Elizabeth Cowan Wright. Please use case number 24-cv-3484 (JWB/ECW).**

**Notice: All Nongovernmental Corporate Parties must file a [Rule 7.1 Corporate Disclosure Statement](#).**

**(BTX)**