# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sean Collins,

    Plaintiffs,

v.

Andrew Witty, et al.,

    Defendants.

Civ. No. 24-3484 (JWB/ECW)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: September 9, 2024

    *s/ Jerry W. Blackwell*
    JERRY W. BLACKWELL
    United States District Judge